## DISCIPLINARY DOCKET

**91–2166.** Mahoning Cty. Bar Assn. v. Koury. Anthony T. Koury is found in contempt and indefinitely suspended from the practice of law until he pays his costs in full.

*Monday, December 13, 1993*

## MOTION DOCKET

**93–493.** State v. Lowe. *Logan County,* No. 8–92–36. This cause is pending before the court as an appeal from the Court of Appeals for Logan County. Upon consideration of the motion of the Ohio Association of Criminal Defense Lawyers for leave to file brief *amicus curiae* instanter,

IT IS ORDERED by the court that the motion for leave to file brief *amicus curiae* instanter be, and the same is hereby, granted, effective December 9, 1993.

*Wednesday, December 15, 1993*

## MERIT DOCKET

**93–484.** Bass v. Logan Cty. Court of Common Pleas. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–735.** Wright v. Bloom. *Summit County,* No. 15665. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**93–909.** Roberts v. Shotten. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–1216.** Bennett v. Littlefield. In Habeas Corpus. On return of writ. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–1630.** State v. Johnson. *Clark County,* No. 2473. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1691.** State v. Dennis. *Hamilton County,* No. C–890799. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1766.** State v. Smith. *Hamilton County,* No. C–880287. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1779.** State v. Trapp. *Hamilton County,* No. C–860210. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1784.** State v. Brancheau. *Allen County,* No. CA89–10–0091. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1786.** State v. Yates. *Summit County,* No. 12370. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–1816.** State v. Wilson. *Summit County,* No. 14091. Judgment affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.